IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ADAM OFRI,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES (USCIS); PAMELA BONDI, Attorney General of the United States; KRISTI NOEM, Secretary of U.S. Department of Homeland Security Secretary; JOSEPH EDLOW, Director of USCIS; and CAROLINE PRATT, Omaha Field Office Director,<br><br>Defendants. | 8:26CV49<br><br>ORDER ON PLAINTIFF'S MOTION FOR DISMISSAL |

This action pursuant to the Mandamus Act, 28 U.S.C. § 1361, by Plaintiff Adam Ofri, an alien seeking to compel Defendants to adjudicate his I-485 Application to Register Permanent Resident or Adjust Status, is before the Court on Ofri's Motion for Dismissal. Filing 3. Ofri represents that the day after he filed this suit, USCIS approved his I-485 application, making this case moot. Filing 3 at 1 (¶ 1). Consequently, he seeks voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1) as no answer or counterclaims have been filed and dismissal will not prejudice Defendants. Filing 3 at 1 (¶ 2). Ofri represents that counsel for Defendants has been consulted, and Defendants have no resistance to voluntary dismissal. Filing 3 at 1 (¶ 3). Accordingly,

IT IS ORDERED that Plaintiff Ofri's Motion for Dismissal, Filing 3, is granted, and this case is dismissed without prejudice.

Dated this 10th day of February, 2026.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge